COOLEY LLP
KOJI F. FUKUMURA (189719)
(kfukumura@cooley.com)
PETER M. ADAMS (243926)
(padams@cooley.com)
LINH K. NGUYEN (305737)
(lknguyen@cooley.com)
MATTHEW MARTINEZ (333932)
(mmartinez@cooooley.com)
10265 Science Center Drive
San Diego, CA 92121
Tel: (858) 550-6000

BENJAMIN B. SWEENEY (313650)
(bsweeney@cooley.com)
1333 2nd Street, Suite 400
Santa Monica, CA 90401
Tel: (310) 883-6400

Attorneys for Defendants Acadia
Pharmaceuticals Inc. and Stephen R. Davis

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

ALGER DYNAMIC OPPORTUNITIES FUND, ALGER SICAV - ALGER DYNAMIC OPPORTUNITIES FUND, ALGER SICAV - ALGER WEATHERBIE SPECIALIZED GROWTH FUND, ALGER WEATHERBIE SPECIALIZED GROWTH FUND, ALGER WEATHERBIE SPECIALIZED GROWTH PORTFOLIO, WEATHERBIE GROWTH FUND, L.P., and WEATHERBIE LONG/SHORT FUND, L.P., Individually and On Behalf of All Others Similarly Situated,

Plaintiffs,

v.

ACADIA PHARMACEUTICALS INC., and STEPHEN R. DAVIS,

Defendants.

Case No. 3:24-cv-00451-WQH-MSB

**DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' COMPLAINT**

Date: September 10, 2024
Judge: Hon. William Q. Hayes

**Oral Argument Requested**

**<u>Demand for Jury Trial</u>**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that defendants Acadia Pharmaceuticals Inc. and Stephen R. Davis (collectively, "Defendants") move the Court, pursuant to Rules 8, 9 and 12(b)(6) of the Federal Rules of Civil Procedure and the Private Securities Litigation Reform Act of 1995, Section 21D(b) of the Securities Exchange Act of 1934 (the "Exchange Act"), as amended, 15 U.S.C. § 78u-4, *et seq.*, for an order dismissing Plaintiffs' Complaint for failure to state a claim upon which relief can be granted. Defendants' Motion is based on the grounds that: (1) Plaintiffs' state and common law claims are preempted under the Securities Litigation Uniform Standards Act of 1933; (2) Plaintiffs fail to adequately allege a claim under Section 18(a) of the Exchange Act; (3) Plaintiffs' Exchange Act Section 10(b) claim fails because Plaintiffs do not adequately plead (a) a false or misleading statement; (b) scienter; and (c) loss causation; and (4) Plaintiffs fail to adequately allege an Exchange Act Section 20(A) claim. This Motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities in Support of Defendants' Motion to Dismiss Plaintiffs' Complaint, the Request for Judicial Notice and for Incorporation by Reference in Support of Defendants' Motion to Dismiss Plaintiffs' Complaint filed concurrently herewith, the Declaration of Peter M. Adams in support of the Motion to Dismiss Plaintiffs' Complaint and appendices and exhibits thereto filed concurrently herewith, all pleadings and papers on file in this matter, and such other matters as may be presented to this Court at the hearing or otherwise.

Dated: May 24, 2024 COOLEY LLP

By: */s/ Peter M. Adams*
Peter M. Adams (243926)

Attorneys for Defendants Acadia Pharmaceuticals Inc. and Stephen R. Davis