UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

ALGER DYNAMIC OPPORTUNITIES FUND; ALGER SICAV - ALGER DYNAMIC OPPORTUNITIES FUND; ALGER SICAV - ALGER WEATHERBIE SPECIALIZED GROWTH FUND; ALGER WEATHERBIE SPECIALIZED GROWTH FUND; ALGER WEATHERBIE SPECIALIZED GROWTH PORTFOLIO; WEATHERBIE GROWTH FUND, L.P.; and WEATHERBIE LONG/SHORT FUND, L.P.,

Plaintiffs,

v.

ACADIA PHARMACEUTICALS INC. and STEPHEN R. DAVIS,

Defendants.

Case No.: 24-cv-451-WQH-MSB

**ORDER**

HAYES, Judge:

Having reviewed the parties' Joint Motion to Stay (the "Joint Motion") (ECF No. 41), and finding good cause,

IT IS HEREBY ORDERED that the Joint Motion (ECF No. 41) is granted as follows. All deadlines, discovery, and other proceedings in this action, including those set forth in the Court's December 17, 2024 Notice and Order (ECF No. 40) for: (1) Early Neutral Evaluation, (2) Case Management Conference, and (3) Pre-ENE Status Conference (ECF No. 40), are hereby stayed until the earlier of: (1) 30 days after the entry of an order resolving any pre-trial dispositive motions in the Class Action; (2) 30 days after the entry of an order of final approval of any settlement in the Class Action; or (3) 30 days after any other final disposition in the Class Action. The Parties shall file a Joint Case Management Plan within 45 days after the lifting of the stay in this action. As stated in the Joint Motion, the parties preserve all their rights and defenses in this action.

Dated: January 13, 2025

William Q. Hayes

Hon. William Q. Hayes
United States District Court